## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

WAKEFIELD BEASLEY & ASSOCIATES
ARCHITECTS, INC.,

           Plaintiff,

-vs-                                             Case No.  2:10-cv-439-FtM-29SPC

SHENBERGER & ASSOCIATES, INC.,

           Defendant.
_____

## ORDER

      This matter comes before the Court on the Plaintiff Wakefield Beasley & Associates Architects, Inc.'s Motion to Strike Docket Entry Number 29 the Defendant's Answer   (Doc. #31) filed on January 27, 2011.  On January 26, 2011, the Defendant Shenberger & Associates, Inc. filed a corrected Answer and Affirmative Defenses (Doc. # 30).  The original Answer and Affirmative Defenses (Doc. # 29) is a document from a previous case in this Court.  Thus, good cause exists to strike the document.  Pursuant to M.D. Fla. Local Rule 3.01(g), the Plaintiff conferred with the Defendant who does not oppose the requested relief.

      Accordingly, it is now

      **ORDERED:**

      The Plaintiff Wakefield Beasley & Associates Architects, Inc.'s Motion to Strike Docket Entry Number 29, the Defendant's Answer (Doc. #31) is **GRANTED**.  The Clerk of the Court is

hereby directed to **STRIKE** the Defendant Shenberger & Associates, Inc.'s original Answer and Affirmative Defense (Doc. # 29), and remove the document from the Court's docket sheet.

**DONE AND ORDERED** at Fort Myers, Florida, this ___28th___ day of January, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record